UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROSS,<br>          Plaintiff,<br>     v.<br>J. CLARK KELSO, et al.,<br>          Defendants. | Case No.  14-cv-04708-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's claims arise from events occurring at Solano State Prison, which is in Solano County, which lies in the Eastern District of California.  Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  October 28, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT ROSS,

    Plaintiff,

v.

J. CLARK KELSO, et al.,

    Defendants.

Case No. 14-cv-04708-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/28/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Ross ID: AF-2205
Solano State Prison
P.O. Box 4000
Vacaville, CA 95696

Dated: 10/28/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO